# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Martin Michael Vanderstrait,

       Plaintiff

v.

State of Nevada, et al.,

       Defendants

Case No.: 2:17-cv-02160-JAD-GWF

**Order Adopting Report and Recommendation**

[ECF No. 5]

       Magistrate Judge Foley recommends that I dismiss this action without prejudice because plaintiff has failed to comply with the orders of this court.[1] The deadline to object to that report and recommendation has expired, and Vanderstrait has filed nothing. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Accordingly,

       IT IS HEREBY ORDERED THAT the Report and Recommendation **[ECF No. 5] is ADOPTED** in full; this case is DISMISSED; and the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

       Dated: February 8, 2019

                                 _____
                                   U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 5.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1